```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

**KEITH L. JONES,**

    **Plaintiff,**

  **v.**                                           **Civil Action 2:11-CV-1104**
                                                              **Judge Smith**
                                                              **Magistrate Judge King**

**WARDEN ROBINSON,**
**CHILLICOTHE CORRECTIONAL**
**INSTITUTION,**

    **Defendant.**

<u>**ORDER**</u>

    On December 12, 2011, the United States Magistrate Judge, construing the action as one sounding in habeas corpus under 28 U.S.C. §2254, recommended that plaintiff's application for leave to proceed *in forma pauperis* be denied and that the petition for a writ of habeas corpus be dismissed as without merit. *Report and Recommendation*, Doc. No. 2. Although plaintiff was advised of his right to object, and of the consequences of his failure to do so, plaintiff has filed no objection.

    The *Report and Recommendation*, Doc. No. 2, is **ADOPTED and AFFIRMED**. Plaintiff's application for leave to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED** as without merit.

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.


                                                  *s/George C. Smith*
                                        **George C. Smith, Judge**
                                       **United States District Court**